```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-05173-HWV
Darlene Rose Shaffer                                                    Chapter 13
Mark Edward Shaffer
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi             Page 1 of 2           Date Rcvd: Jan 29, 2018
                             Form ID: ntcnfhrg           Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb         +Darlene Rose Shaffer,   Mark Edward Shaffer,   3952 Lyn Circle,   Dover, PA 17315-4732
5003920       ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: American Honda Finance,   1220 Old Alpharetta Rd S,
                Alpharetta GA 30005)
5003922        +Barclays Bank Delaware,   100 S West St,   Wilmington DE 19801-5015
5003923        +Barclays Bank Delaware,   Po Box 8803,   Wilmington DE 19899-8803
5003925       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   15000 Capital One Dr,   Richmond VA 23238)
5003924        +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                Salt Lake City UT 84130-0285
5015270         Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
5003928        +Comenity Bank/Bon Ton,   Po Box 182789,   Columbus OH 43218-2789
5003927         Comenity Bank/Bon Ton,   Attn: Bankruptcy,   Po Box 18215,   Columbus OH 43218
5003930        +Comenity Bank/Victoria Secret,   Po Box 182789,   Columbus OH 43218-2789
5003929        +Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus OH 43218-2125
5003932        +Comenitybank/venus,   Po Box 182789,   Columbus OH 43218-2789
5003931        +Comenitybank/venus,   Comenity Bank,   Po Box 182125,   Columbus OH 43218-2125
5003915         Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
5003943       ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
                (address filed with court: First Savings Credit Card,   500 E 60th St N,
                Sioux Falls SD 57104)
5003940        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls SD 57104-4868
5003941        +First Premier Bank,   3820 N Louise Ave,   Sioux Falls SD 57107-0145
5003942        +First Savings Credit Card,   Po Box 5019,   Sioux Falls SD 57117-5019
5003944        +Fortiva/Atlanticus,   Po Box 10555,   Atlanta GA 30310-0555
5003945        +Fortiva/Atlanticus,   Pob 105555,   Atlanta GA 30348-5555
5003946         Fst Premier,   601 S Minneaoplis Ave,   Sioux Falls SD 57104
5003947        +Fst Premier,   3820 N Louise Ave,   Sioux Falls SD 57107-0145
5003948        +Hanover ENT,   864 Broadway,   Hanover PA 17331-1501
5003951        +Leroys Jewelers,   Sterling Jewelers, Inc/Attn: Bankruptcy,   Po Box 1799,
                Akron OH 44309-1799
5003952        +Leroys Jewelers,   Po Box 4480,   Beaverton OR 97076-4480
5003953        +Mid America Bk/total C,   5109 S Broadband Lane,   Sioux Falls SD 57108-2208
5003958        +Physicians Billing Services,   1803 Mount Rose Avenue,   York PA 17403-3026
5003959         RAB Inc,   PO Box 34111,   Memphis TN 38184-0111
5003960        +Wellspan Health,   1001 S. George Street,   York PA 17403-3676
5003913        +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
5009053        +York Hospital,   1001 S George Street,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5003919         E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 29 2018 19:27:46     American Honda Finance,
                Po Box 168088,   Irving TX 75016
5006900         E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 29 2018 19:27:46
                American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX 75016-8088
5003921        +E-mail/Text: g20956@att.com Jan 29 2018 19:28:01     AT&T,   208 S. Akard St.,
                Dallas TX 75202-4206
5003916        +E-mail/Text: ronw@agriculturefcu.org Jan 29 2018 19:28:09     Agriculture Fcu,
                14th & Independ Ave Sm R,   Washington DC 20250-0001
5012912         E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2018 19:27:09     Ally Bank,   PO Box 130424,
                Roseville MN 55113-0004
5003917        +E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2018 19:27:09     Ally Financial,
                Attn: Bankruptcy,   Po Box 380901,   Bloomington MN 55438-0901
5003918        +E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2018 19:27:09     Ally Financial,
                200 Renaissance Ctr,   Detroit MI 48243-1300
5003926        +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 29 2018 19:27:58     Comcast,
                1701 JFK Blvd,   Philadelphia PA 19103-2894
5003934        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 29 2018 19:28:06
                Credit Collections Services,   725 Canton St,   Norwood MA 02062-2679
5003933        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 29 2018 19:28:06
                Credit Collections Services,   Attention: Bankruptcy,   725 Canton Street,
                Norwood MA 02062-2679
5003937         E-mail/Text: mrdiscen@discover.com Jan 29 2018 19:27:10     Discover Financial,   Po Box 15316,
                Wilmington DE 19850
5003935         E-mail/Text: cio.bncmail@irs.gov Jan 29 2018 19:27:18     Department of Revenue,
                Post Office Box 7346,   Philadelphia PA 19101-7346
5006198         E-mail/Text: mrdiscen@discover.com Jan 29 2018 19:27:10     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
5003936        +E-mail/Text: mrdiscen@discover.com Jan 29 2018 19:27:10     Discover Financial,   Po Box 3025,
                New Albany OH 43054-3025
5003939        +E-mail/Text: bknotice@erccollections.com Jan 29 2018 19:27:42     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville FL 32256-7412
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5003938       +E-mail/Text: bknotice@erccollections.com Jan 29 2018 19:27:43      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville FL 32256-7412
5003949       +E-mail/Text: ebn@heritagevalleyfcu.org Jan 29 2018 19:28:12      Heritage Valley Fcu,
                2400 Pleasant Valley Rd,    York PA 17402-9624
5012686        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2018 19:27:49      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
5003950        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2018 19:27:50      Jefferson Capital Systems, LLC,
                16 Mcleland Rd,    Saint Cloud MN 56303
5003955       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2018 19:27:37      Midland Funding,
                2365 Northside Dr Ste 30,    San Diego CA 92108-2709
5003954       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2018 19:27:37      Midland Funding,
                Attn: Bankruptcy,    Po Box 939069,    San Diego CA 92193-9069
5015306       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2018 19:27:37      Midland Funding, LLC,
                Midland Credit Management, Inc. as agent,    Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
5003956       +Fax: 866-826-7962 Jan 29 2018 19:48:16      Oneclick Cash,    52946 Highway 12, Suite 3,
                Niobrara NE 68760-7085
5004669       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 19:31:30
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5003957       +E-mail/Text: bankruptcy@loanpacific.com Jan 29 2018 19:28:08      Pacific Union Financia,
                1603 Lbj Fwy Ste 500,    Farmers Branch TX 75234-6071
5005946       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2018 19:27:31
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
5011661       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2018 19:27:50      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5003914*      IRS Centralized Insolvency Oper.,    Post Office Box 7346,    Philadelphia PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Darlene Rose Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Mark Edward Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| | |
|---|---|
| ntcnfhrg (04/17) | |
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Darlene Rose Shaffer<br>Mark Edward Shaffer<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:17−bk−05173−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**March 7, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: March 14, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 29, 2018 |