UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DARLENE ROSE SHAFFER<br>MARK EDWARD SHAFFER | CASE NO: 17-05173 HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/18/2018, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 2nd amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/18/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARLENE ROSE SHAFFER
MARK EDWARD SHAFFER

CASE NO: 17-05173 HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/18/2018, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 2nd amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/18/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ATT | ATT |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-17-BK-05173-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>WED JUL 18 09-47-33 EDT 2018 | 208 S AKARD ST<br>DALLAS TX 75202-4206 | PO BOX 537104<br>ATLANTA GA 30353-7104 |
| ADVANCED OTOLARYNGOLONY ALLERGY<br>86 BROADWAY<br>HANOVER PA 17331 | AGRICULTURE FCU<br>14TH INDEPEND AVE SM R<br>WASHINGTON DC 20250-0001 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT MI 48243-1300 | ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| AMERITOX<br>PO BOX 402166<br>ATLANTA GA 30384-2166 | ASHCOMB FARMS HOA<br>PO BOX 261<br>DOVER PA 17315-0261 | BARCLAYS BANK DELAWARE<br>100 S WEST ST<br>WILMINGTON DE 19801-5015 |
| BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | COMCAST<br>1701 JFK BLVD<br>PHILADELPHIA PA 19103-2899 | COMCASTXFINITY<br>PO BOX 3001<br>SOUTHEASTERN PA 19398-3001 |
| COMENITY BANKBON TON<br>ATTN BANKRUPTCY<br>PO BOX 18215<br>COLUMBUS OH 43218 | COMENITY BANKBON TON<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | COMENITY BANKVICTORIA SECRET<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITY BANKVICTORIA SECRET<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | COMENITYBANKVENUS<br>COMENITY BANK<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYBANKVENUS<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| COMMONWEALTH OF PA DEPT OF LABOR AND INDUST<br>OFFICE OF UC BENEFITS<br>651 BOAS ST<br>HARRISBURG PA 17121-0725 | CREDIT COLLECTIONS SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 | CREDIT COLLECTIONS SERVICES<br>ATTENTION BANKRUPTCY<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 |
| DEPARTMENT OF REVENUE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER FINANCIAL<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | ERCENHANCED RECOVERY CORP<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | ERCENHANCED RECOVERY CORP<br>ATTN BANKRUPTCY<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 |
| FAMILY HEALTH ASSOC<br>76 ACCO DR<br>YORK PA 17402-4668 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104-4868 |
| FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | FIRST SAVINGS CREDIT CARD<br>PO BOX 5019<br>SIOUX FALLS SD 57117-5019 | FORTIVAATLANTICUS<br>PO BOX 10555<br>ATLANTA GA 30310-0555 |
| FORTIVAATLANTICUS<br>POB 105555<br>ATLANTA GA 30348-5555 | FREEDOM MORTGAGE CORPORATION 10500<br>KINCAID<br>FISHERS IN 460379749 | FREEDOM MORTGAGE CORPORATION 10500<br>KINCAID<br>FISHERS IN 46037<br>FREEDOM MORTGAGE CORPORATION 10500<br>KINC<br>FISHERS IN 46037 |
| FST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | FST PREMIER<br>601 S MINNEAOPLIS AVE<br>SIOUX FALLS SD 57104 | FULL CIRCLE<br>SHARKNINJA<br>PO BOX 2365<br>OLDMAR FL 34677-2193 |
| HANOVER ENT<br>864 BROADWAY<br>HANOVER PA 17331-1501 | HERITAGE VALLEY FCU<br>2400 PLEASANT VALLEY RD<br>YORK PA 17402-9624 | HERITAGE VALLEY FEDERAL CREDIT UNION<br>PO BOX 3617<br>YORK PA 17402-0637 |
| IRS CENTRALIZED INSOLVENCY OPER<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LEROYS JEWELERS<br>PO BOX 4480<br>BEAVERTON OR 97076-4480 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LEROYS JEWELERS<br>STERLING JEWELERS INC ATTN BANKRUPTCY<br>PO BOX 1799<br>AKRON OH 44309-1799 | MID AMERICA BK TOTAL C<br>5109 S BROADBAND LANE<br>SIOUX FALLS SD 57108-2208 | MIDLAND FUNDING<br>2365 NORTHSIDE DR STE 30<br>SAN DIEGO CA 92108-2709 |
| MIDLAND FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | BRIAN C NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| ONECLICK CASH<br>52946 HIGHWAY 12 SUITE 3<br>NIOBRARA NE 68760-7085 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PACIFIC UNION FINANCIA<br>1603 LBJ FWY STE 500<br>FARMERS BRANCH TX 75234-6071 |
| PACIFIC UNION FINANCIAL LLC<br>7880 BENT BRANCH DRIVE 100<br>IRVING TEXAS 75063-6046 | PENN WASTE<br>PA BOX 3066<br>YORK PA 10402 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PHYSICIANS BILLING SERVICES<br>1803 MOUNT ROSE AVENUE<br>YORK PA 17403-3026 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RAB INC<br>PO BOX 34111<br>MEMPHIS TN 38184-0111 | DEBTOR<br>DARLENE ROSE SHAFFER<br>3952 LYN CIRCLE<br>DOVER PA 17315-4732 |
| MARK EDWARD SHAFFER<br>3952 LYN CIRCLE<br>DOVER PA 17315-4732 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | STOCK LEADER REP ASHCOMB FARMS HOA<br>221 W PHILADELPHIA ST<br>SUITE 600<br>YORK PA 17401-2991 |
| UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WELLSPAN HEALTH<br>1001 S GEORGE STREET<br>YORK PA 17403-3676 |
| YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | YORK ENDODONTICS<br>600 N HIGHLAND AVE<br>YORK PA 17404-3225 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

YORK HOSPITAL
1001 S GEORGE STREET
YORK PA 17403-3645
```