IN THE MIDDLE DISTRICT OF PENNSYLVANIA
BANKRUPTCY COURT

| | |
|---|---|
| Darlene Rose Shaffer<br>and<br>Mark Edward Shaffer<br>Debtors/Movants | Chapter 13<br><br>1:17-bk-05173-HWV |

**NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION**

TO: ALLY FINANCIAL

The Debtors filed a Motion to Modify Plan with a proposed THIRD Amended Plan attached as an Exhibit on **February 14, 2019**. The Proposed THIRD Amended Plan proposes to surrender the 2015 GMC Sierra truck financed by Ally Financial. No other creditors are affected. If you object to the relief requested, you must file your objection/response on or before **March 26, 2019**, with the Clerk of Bankruptcy Court Ronald Reagan Federal Building 228 Walnut Street Rm 320 Harrisburg, PA 17101 and serve a copy on Dawn Cutaia, Counsel for Debtors, at the address below.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date of Notice: 3/5/2019

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtors
115 E. Philadelphia Street
York, PA 17401
dmcutaia@gmail.com
717-304-1841