```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-05173-HWV
Darlene Rose Shaffer                                                Chapter 13
Mark Edward Shaffer
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 3                   Date Rcvd: Jul 11, 2019
                               Form ID: ordsmiss            Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
jdb            +Mark Edward Shaffer,    3952 Lyn Circle,    Dover, PA 17315-4732
5003920       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   American Honda Finance,    1220 Old Alpharetta Rd S,
                 Alpharetta GA 30005)
5023323         Advanced Otolaryngolony & Allergy,    86 Broadway,    Hanover, PA 17331
5023320        +Ameritox,    PO Box 402166,   Atlanta, GA 30384-2166
5023325        +Ashcomb Farms HOA,    PO Box 261,   Dover, PA 17315-0261
5023330        +Commonwealth of PA Dept. of Labor and Industry,    Office of UC Benefits,    651 Boas St,
                 Harrisburg, PA 17121-0725
5003915         Department of Revenue,    1 Revenue Place,   Harrisburg PA 17129-0001
5003943       ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
                 (address filed with court:   First Savings Credit Card,    500 E 60th St N,
                 Sioux Falls SD 57104)
5023321        +Family Health Assoc.,    76 Acco Dr.,   York, PA 17402-4668
5003942        +First Savings Credit Card,    Po Box 5019,   Sioux Falls SD 57117-5019
5003944        +Fortiva/Atlanticus,    Po Box 10555,   Atlanta GA 30310-0555
5003945        +Fortiva/Atlanticus,    Pob 105505,   Atlanta GA 30348-5555
5062525        +Freedom Mortgage Corporation, 10500 Kincaid Blvd.,     Fishers, IN 46037-9749
5062526         Freedom Mortgage Corporation, 10500 Kincaid Blvd.,     Fishers, IN 46037,
                 Freedom Mortgage Corporation, 10500 Kinc,    Fishers, IN 46037
5003946        +Fst Premier,    601 S Minneaoplis Ave,   Sioux Falls SD 57104
5023324        +Full Circle,    Shark/Ninja,   PO Box 2365,   Oldmar, FL 34677-2193
5003948        +Hanover ENT,    864 Broadway,   Hanover PA 17331-1501
5003951        +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron OH 44309-1799
5003952        +Leroys Jewelers,    Po Box 4480,   Beaverton OR 97076-4480
5003953        +Mid America Bk/total C,    5109 S Broadband Lane,    Sioux Falls SD 57108-2208
5003957        +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch TX 75234-6071
5019618       #+Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, Texas 75063-6046
5023322        +Penn Waste,    PA Box 3066,   York, PA 10402
5003958        +Physicians Billing Services,    1803 Mount Rose Avenue,    York PA 17403-3026
5003959         RAB Inc,    PO Box 34111,   Memphis TN 38184-0111
5023326        +Stock & Leader (Rep Ashcomb Farms HOA),    221 W Philadelphia St,    Suite 600,
                 York, PA 17401-2991
5003960        +Wellspan Health,    1001 S. George Street,   York PA 17403-3676
5003913        +York Adams Tax Claim Bureau,    PO BOX 15627,   York PA 17405-0156
5023327        +York Endodontics,    600 N Highland Ave.,   York, PA 17404-3225
5009053        +York Hospital,    1001 S George Street,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: drshaffer1969@gmail.com Jul 11 2019 19:13:12      Darlene Rose Shaffer,
                 3952 Lyn Circle,   Dover, PA 17315-4732
5003919         EDI: HNDA.COM Jul 11 2019 23:13:00      American Honda Finance,    Po Box 168088,
                 Irving TX 75016
5006900         EDI: HNDA.COM Jul 11 2019 23:13:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
5003921        +EDI: CINGMIDLAND.COM Jul 11 2019 23:13:00       AT&T,   208 S. Akard St.,    Dallas TX 75202-4206
5023329        +EDI: CINGMIDLAND.COM Jul 11 2019 23:13:00       AT&T,   PO Box 537104,   Atlanta GA 30353-7104
5003916         E-mail/Text: ronw@agriculturefcu.org Jul 11 2019 19:13:47      Agriculture Fcu,
                 14th & Independ Ave Sm R,   Washington DC 20250-0001
5012912         EDI: GMACFS.COM Jul 11 2019 23:13:00      Ally Bank,    PO Box 130424,   Roseville MN 55113-0004
5003917        +EDI: GMACFS.COM Jul 11 2019 23:13:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington MN 55438-0901
5003918        +EDI: GMACFS.COM Jul 11 2019 23:13:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit MI 48243-1300
5003922        +EDI: TSYS2.COM Jul 11 2019 23:13:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington DE 19801-5015
5003923        +EDI: TSYS2.COM Jul 11 2019 23:13:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington DE 19899-8803
5003925         EDI: CAPITALONE.COM Jul 11 2019 23:13:00       Capital One,    15000 Capital One Dr,
                 Richmond VA 23238
5003924        +EDI: CAPITALONE.COM Jul 11 2019 23:13:00       Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City UT 84130-0285
5015270         EDI: CAPITALONE.COM Jul 11 2019 23:13:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
5003926        +EDI: COMCASTCBLCENT Jul 11 2019 23:13:00       Comcast,    1701 JFK Blvd,
                 Philadelphia PA 19103-2899
5023328        +EDI: COMCASTCBLCENT Jul 11 2019 23:13:00       Comcast/Xfinity,    PO Box 3001,
                 Southeastern PA 19398-3001
5003927        +EDI: WFNNB.COM Jul 11 2019 23:13:00      Comenity Bank/Bon Ton,    Attn: Bankruptcy,
                 Po Box 18215,   Columbus OH 43218
5003928        +EDI: WFNNB.COM Jul 11 2019 23:13:00      Comenity Bank/Bon Ton,    Po Box 182789,
                 Columbus OH 43218-2789
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5003929        +EDI: WFNNB.COM Jul 11 2019 23:13:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus OH 43218-2125
5003930        +EDI: WFNNB.COM Jul 11 2019 23:13:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                 Columbus OH 43218-2789
5003932        +EDI: WFNNB.COM Jul 11 2019 23:13:00      Comenitybank/venus,    Po Box 182789,
                 Columbus OH 43218-2789
5003931        +EDI: WFNNB.COM Jul 11 2019 23:13:00      Comenitybank/venus,    Comenity Bank,    Po Box 182125,
                 Columbus OH 43218-2125
5003934        +EDI: CCS.COM Jul 11 2019 23:13:00      Credit Collections Services,    725 Canton St,
                 Norwood MA 02062-2679
5003933        +EDI: CCS.COM Jul 11 2019 23:13:00      Credit Collections Services,    Attention: Bankruptcy,
                 725 Canton Street,    Norwood MA 02062-2679
5003937         EDI: DISCOVER.COM Jul 11 2019 23:13:00      Discover Financial,    Po Box 15316,
                 Wilmington DE 19850
5003935         EDI: IRS.COM Jul 11 2019 23:13:00      Department of Revenue,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
5006198         EDI: DISCOVER.COM Jul 11 2019 23:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
5003936        +EDI: DISCOVER.COM Jul 11 2019 23:13:00      Discover Financial,    Po Box 3025,
                 New Albany OH 43054-3025
5003939        +E-mail/Text: bknotice@ercbpo.com Jul 11 2019 19:13:35      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville FL 32256-7412
5003938        +E-mail/Text: bknotice@ercbpo.com Jul 11 2019 19:13:35      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville FL 32256-7412
5003940        +EDI: AMINFOFP.COM Jul 11 2019 23:13:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls SD 57104-4868
5003941        +EDI: AMINFOFP.COM Jul 11 2019 23:13:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls SD 57107-0145
5003947        +EDI: AMINFOFP.COM Jul 11 2019 23:13:00      Fst Premier,    3820 N Louise Ave,
                 Sioux Falls SD 57107-0145
5003949        +E-mail/Text: ebn@heritagevalleyfcu.org Jul 11 2019 19:13:48      Heritage Valley Fcu,
                 2400 Pleasant Valley Rd,    York PA 17402-9624
5017365        +E-mail/Text: ebn@heritagevalleyfcu.org Jul 11 2019 19:13:48
                 Heritage Valley Federal Credit Union,    P.O. Box 3617,    York, PA 17402-0637
5012686         EDI: JEFFERSONCAP.COM Jul 11 2019 23:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
5003950         EDI: JEFFERSONCAP.COM Jul 11 2019 23:13:00      Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                 Saint Cloud MN 56303
5003955        +EDI: MID8.COM Jul 11 2019 23:13:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego CA 92108-2709
5003954        +EDI: MID8.COM Jul 11 2019 23:13:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego CA 92193-9069
5015306        +EDI: MID8.COM Jul 11 2019 23:13:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as agent,    Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5003956        +E-mail/Text: bankruptcy@oneclickcash.com Jul 11 2019 19:13:27      Oneclick Cash,
                 52946 Highway 12, Suite 3,    Niobrara NE 68760-7085
5017188         EDI: PRA.COM Jul 11 2019 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5004669        +EDI: PRA.COM Jul 11 2019 23:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5005946        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2019 19:13:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5011661        +EDI: JEFFERSONCAP.COM Jul 11 2019 23:13:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5029202         EDI: Q3G.COM Jul 11 2019 23:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
5020468         EDI: NEXTEL.COM Jul 11 2019 23:13:00      Sprint Corp,    Attention Bankruptcy,    PO Box 7949,
                 Overland Park, KS 66207-0949
5038218        +E-mail/Text: kcm@yatb.com Jul 11 2019 19:13:21      YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                               TOTAL: 48

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5003914*      IRS Centralized Insolvency Oper.,    Post Office Box 7346,   Philadelphia PA 19101-7346
                                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Darlene Rose Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Mark Edward Shaffer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James   Warmbrodt     on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Darlene Rose Shaffer,<br>**Debtor 1**<br><br>Mark Edward Shaffer,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:17–bk–05173–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: July 11, 2019

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)